

NUMBER 13-18-00232-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

VELMA RUTH FLYNN AND PLAZA
CENTER, LLC,                                                           Appellants,

v.

ZENIA MARROQUIN AND LITTLE
GREEN APPLES, INC.,                                                    Appellees.

---

**On appeal from the 92nd District Court
of Hidalgo County, Texas.**

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Perkes
Memorandum Opinion by Justice Perkes**

This appeal was abated by this Court on October 31, 2018, to allow the parties the opportunity to engage in settlement negotiations. This cause is now before the Court on appellants' unopposed motion to dismiss the appeal. Appellants request that this Court dismiss the appeal. Accordingly, this case is hereby REINSTATED.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

GREGORY T. PERKES
Justice

Delivered and filed the
4th day of April, 2019.